No. D–964.   IN RE DISBARMENT OF LEVINE.   Disbarment entered.   [For earlier order herein, see 498 U. S. 1044.]

No. D–968.   IN RE DISBARMENT OF CANNON.   Disbarment entered.   [For earlier order herein, see 498 U. S. 1065.]

No. D–995.   IN RE DISBARMENT OF TUCKER.   It is ordered that James Russell Tucker, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–996.   IN RE DISBARMENT OF BERGMANN.   It is ordered that Glenn Arnold Bergmann, of Denver, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–456.   REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. v. DELANEY ET AL., 498 U. S. 998. Motion of respondents for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.

No. 90–516.   KAMEN v. KEMPER FINANCIAL SERVICES, INC., ET AL.   C. A. 7th Cir.   [Certiorari granted, 498 U. S. 997.]   Motion of respondent Kemper Financial Services, Inc., for leave to file a supplemental brief after argument granted.

No. 90–681.   HAFER v. MELO ET AL.   C. A. 3d Cir.   [Certiorari granted, 498 U. S. 1118.]   Motion of National Association of Counties et al. for leave to file a brief as *amici curiae* granted.

No. 90–1167.   BOARD OF PUBLIC EDUCATION AND ORPHANAGE FOR BIBB COUNTY ET AL. v. LUCAS ET AL.   C. A. 11th Cir.; and

No. 90–1173.   PUBLIC SERVICE COMPANY OF COLORADO ET AL. v. THOMPSON.   Sup. Ct. Colo.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–6297.   WILLIAMS v. UNITED STATES.   C. A. 7th Cir. [Certiorari granted, *ante*, p. 918.]   Motion for appointment of counsel granted, and it is ordered that Kenneth H. Hanson, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.